THE HONORABLE KAREN A. OVERSTREET
Hearing Date: December 17, 2010
Hearing Time: 9:30 a.m.
Chapter 11

THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | NO. 10-14185 |
| JILL JENSEN-AMES, | PRE-CONFIRMATION REPORT |
| Debtor. | |

COMES NOW the Debtor and in compliance with L.R.3020-1(a) and 3018-1, submits the following:

    A.    An objection to confirmation was filed by Banner Bank.

    B.    An objection to confirmation was filed by Mark Chan and Karl Kreber.

    C.    An objection to confirmation was filed by John Gelber and Terry Smith.

    D.    The plan does not currently satisfy the requirements for confirmation under 11 USC §1129(b).

**SUMMARY OF BALLOTS FILED**

Class Seven:    a) One ballot received:

        1)    Banner Bank
                Elizabeth Shea, attorney
                $30,500

PRE-CONFIRMATION REPORT- 1
C:\JBWells\Client Files\Jensen, Jill\Pre-Confirmation Report.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101-2332
(206) 624-0088 • Fax (206) 624-0086

Rejects

b) Total claims:

    1) One ballot received; total value = $30,500

    2) Voting percentage of claims rejecting - 100 percent

    3) Voting percentage of number rejecting - 100 percent.

Class Fourteen: a) Seven ballots received:

    1) Tracy Minick
       $30,500
       Accepts

    2) Sharon Baurchard
       $51,000
       Accepts

    3) David and Kathryn Proff
       $159,528
       Rejects

    4) Cheryl J. Wolf
       -Unknown-
       Accepts

    5) Katherine Swanberg
       -Unknown-
       Accepts

    6) Mark Chan
       $50,000
       Rejects

    7) Karl Kreber
       $105,000
       Rejects

b) Total Claims:

    1) Seven ballots received; total value = $477,528

    2) Voting percentage of claims:

PRE-CONFIRMATION REPORT- 2
C:\JBWells\Client Files\Jensen, Jill\Pre-Confirmation Report.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101-2332
(206) 624-0088 • Fax (206) 624-0086

        - Voting to accept = $81,500
          17%

        - Voting to reject = $396,028
          83%

3)    Voting number: 7

        - Voting to accept = 57%

        - Voting to reject = 43%

Debtor is hopeful that several of the objections can be overcome with discussions with responding creditors. Debtor is hopeful that some of the votes against confirmation can be changed to acceptances between now and the confirmation hearing. Debtor will be working towards that goal. Confirmation under 11 USC section 1129(b)(1) is not possible at this time. If Debtor is successful in her discussions with creditors, Debtor will seek confirmation under 11 USC section 1129(b)(1). Debtor may ask for a continuance to give her more time to work out a satisfactory agreement with objecting creditors.

DATED this 13th day of December, 2010.

          Law Offices of Jeffrey B. Wells

          */s/ Jeffrey B. Wells*
          JEFFREY B. WELLS WSBA #6317
          Attorney for Debtor

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101-2332
(206) 624-0088 • Fax (206) 624-0086

## CERTIFICATE OF SERVICE

I certify that a copy of the **Pre-Confirmation Report** was served on the following parties by the indicated methods on the date set forth below:

| | |
|---|---|
| U.S. Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101<br>*via ECF* | Hon. Karen A. Overstreet<br>700 Stewart Street., Rm. 7206<br>Seattle, WA 98101<br>*via ECF* |
| Elizabeth Shea<br>Attorney for Banner Bank<br>Hacker and Willig PS<br>1501 4th Ave Ste 2150<br>Seattle, WA 98101<br>*via ECF and electronic mail* | Bridget Shaw<br>Attorney for Mark Chan and Karl Kreber<br>Shaw Law Group<br>1818 Westlake Ave. N., #308<br>Seattle, WA 98109<br>*via ECF and electronic mail* |
| Richard Wotipka<br>Attorney for John Gelber and Terry Smith<br>720 3rd Ave Ste 1600<br>Seattle, WA 98104-1813<br>*via ECF and electronic mail* | |

DATED this 13th day of December, 2010

                                                 */s/ Emily Jarvis*
                                                 EMILY JARVIS

PRE-CONFIRMATION REPORT- 4
C:\JBWells\Client Files\Jensen, Jill\Pre-Confirmation Report.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101-2332
(206) 624-0088 • Fax (206) 624-0086